# Exhibit B




# CUSTOMER INVOICE

**Invoice #** **S-56563**
**Invoice Date** **05/14/18**

Acct # 92360
P.O. Number 13212
Our Order No. 88312

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 05/14/18

Due Date 06/13/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| 6180C3 | 80 MF CLARIFIED RANDOM | PINX462646 | 197,350 | LB | 0.6850 | 135,184.75 |

*************************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 135,184.75 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-56735**
**Invoice Date** **05/14/18**

Acct # 92360
P.O. Number 13212
Our Order No.

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 05/14/18

Due Date 06/13/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | Invoice issued due to May 2018 monomer settlement. Original invoice | | 0 | LB | | |
| | $.685/lb. actual price $.735/lb. ($.05/lb) | | 0 | LB | | |
| 41125 | 6180C3; PINX462646; S-56563 | | 197,350 | LB | 0.0500 | 9,867.50 |

****************************************************************************************

*Thank you. We appreciate your business.*

| **Total Amount Due** | **9,867.50** |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-56736**
**Invoice Date** **05/14/18**

Acct # 92360
P.O. Number 13212
Our Order No.

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 05/14/18

Due Date 06/13/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | Invoice issued due to May 2018 monomer settlement. Original invoice | | 0 | LB | | |
| | $.685/lb. actual price $.735/lb. ($.05/lb) | | 0 | LB | | |
| 41125 | 6180C3; PINX463161; S-56562 | | 197,600 | LB | 0.0500 | 9,880.00 |

*****************************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 9,880.00 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-56737**
**Invoice Date** **05/14/18**

Acct # 92360
P.O. Number 13212
Our Order No.

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 05/14/18

Due Date 06/13/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | Invoice issued due to May 2018 monomer settlement. Original invoice | | 0 | LB | | |
| | $.67/lb. actual price $.72/lb. ($.05/lb) | | 0 | LB | | |
| 41110 | 2180H; CAIX600384; S-56561 | | 199,550 | LB | 0.0500 | 9,977.50 |

****************************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 9,977.50 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

Invoice # S-56738
Invoice Date 05/14/18

Acct # 92360
P.O. Number 13212
Our Order No.

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 05/14/18

Due Date 06/13/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | Invoice issued due to May 2018 monomer settlement. Original invoice | | 0 | LB | | |
| | $.67/lb. actual price $.72/lb. ($.05/lb) | | 0 | LB | | |
| 41110 | 2180H; PINX462910; S-56560 | | 202,250 | LB | 0.0500 | 10,112.50 |

**************************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 10,112.50 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-57125**
**Invoice Date** **06/13/18**

Acct # 92360
P.O. Number 13304
Our Order No. 88854

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/13/18

Due Date 07/13/18
Terms Net 30 Days

| **Product / Account** | **Description** | **Railcar** | **Net Weight / Unit** | **UOM** | **Price** | **Total Amount** |
|---|---|---|---|---|---|---|
| 2180H | 80 MF IC W/NUC & ANTI | PINX462403 | 196,400 | LB | 0.7700 | 151,228.00 |

*************************************************************************************

*Thank you. We appreciate your business.*

| **Total Amount Due** | **151,228.00** |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-57126**
**Invoice Date** **06/13/18**

Acct # 92360
P.O. Number 13304
Our Order No. 88853

Bill To:
F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To:
F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/13/18

Due Date 07/13/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| 2180H | 80 MF IC W/NUC & ANTI | PINX462532 | 197,100 | LB | 0.7700 | 151,767.00 |

**********************************************************************************

***Thank you. We appreciate your business.***

| **Total Amount Due** | **151,767.00** |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-57179**
**Invoice Date** **06/18/18**

Acct # 92360
P.O. Number 13304
Our Order No. 88850

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/18/18

Due Date 07/18/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| 6180C3 | 80 MF CLARIFIED RANDOM | PINX462936 | 188,500 | LB | 0.7850 | 147,972.50 |

**************************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 147,972.50 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers



# CUSTOMER INVOICE

**Invoice #** **S-57180**
**Invoice Date** **06/18/18**

Acct # 92360
P.O. Number 13304
Our Order No. 88851

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/18/18

Due Date 07/18/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| 6180C3 | 80 MF CLARIFIED RANDOM | CEFX051361 | 197,450 | LB | 0.7850 | 154,998.25 |

**************************************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 154,998.25 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers



# CUSTOMER INVOICE

**Invoice #** **S-57181**
**Invoice Date** **06/18/18**

Acct # 92360
P.O. Number 13304
Our Order No. 88852

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/18/18

Due Date 07/18/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| 2180H | 80 MF IC W/NUC & ANTI | PINX462599 | 193,800 | LB | 0.7700 | 149,226.00 |

************************************************************************************

***Thank you. We appreciate your business.***

| Total Amount Due | 149,226.00 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-57301**
**Invoice Date** **06/13/18**

Acct # 92360
P.O. Number 13304
Our Order No.

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/13/18

Due Date 07/13/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | INVOICE ISSUED DUE TO JUNE MONOMER SETTLEMENT. PRICE IS BEING ADJUSTED | | 0 | LB | | |
| | FROM $.77/LB TO $.80/LB ($0.03/LB) | | 0 | LB | | |
| 41120 | 2180H; PINX462532; S-57126 | | 197,100 | LB | 0.0300 | 5,913.00 |

************************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 5,913.00 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers



# CUSTOMER INVOICE

**Invoice #** **S-57302**
**Invoice Date** **06/13/18**

Acct # 92360
P.O. Number 13304
Our Order No.

Bill To:
F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To:
F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/13/18

Due Date 07/13/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | INVOICE ISSUED DUE TO JUNE MONOMER SETTLEMENT. PRICE IS BEING ADJUSTED | | 0 | LB | | |
| | FROM $.77/LB TO $.80/LB ($0.03/LB) | | 0 | LB | | |
| 41120 | 2180H; PINX462403; S-57125 | | 196,400 | LB | 0.0300 | 5,892.00 |

************************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 5,892.00 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-57303**
**Invoice Date** **06/18/18**

Acct # 92360
P.O. Number 13304
Our Order No.

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/18/18

Due Date 07/18/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | INVOICE ISSUED DUE TO JUNE MONOMER SETTLEMENT. PRICE IS BEING ADJUSTED | | 0 | LB | | |
| | FROM $.785/LB TO $.815/LB ($0.03/LB) | | 0 | LB | | |
| 41125 | 6180C3; PINX462936; S-57179 | | 188,500 | LB | 0.0300 | 5,655.00 |

************************************************************************************

***Thank you. We appreciate your business.***

| Total Amount Due | 5,655.00 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers




# CUSTOMER INVOICE

**Invoice #** **S-57304**
**Invoice Date** **06/18/18**

Acct # 92360
P.O. Number 13304
Our Order No.

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/18/18

Due Date 07/18/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | INVOICE ISSUED DUE TO JUNE MONOMER SETTLEMENT. PRICE IS BEING ADJUSTED | | 0 | LB | | |
| | FROM $.785/LB TO $.815/LB ($0.03/LB) | | 0 | LB | | |
| 41125 | 6180C3; CEFX051361; S-57180 | | 197,450 | LB | 0.0300 | 5,923.50 |

**************************************************************************************

*Thank you. We appreciate your business.*

| **Total Amount Due** | **5,923.50** |
|---|---|

***Remit To Address:***
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers



# CUSTOMER INVOICE

Invoice # **S-57305**
Invoice Date **06/18/18**

Acct # 92360
P.O. Number 13304
Our Order No.

Bill To: F&M Tool & Plastics, Inc
Attn: Accounts Payable
163 Pioneer Drive
Leominster, MA 01453
USA

Ship To: F&M Tool & Plastics, Inc
163 Pioneer Drive
Leominster, MA 01453
USA

Ship Via Prepaid
Ship Date 06/18/18

Due Date 07/18/18
Terms Net 30 Days

| Product / Account | Description | Railcar | Net Weight / Unit | UOM | Price | Total Amount |
|---|---|---|---|---|---|---|
| | INVOICE ISSUED DUE TO JUNE MONOMER SETTLEMENT. PRICE IS BEING ADJUSTED | | 0 | LB | | |
| | FROM $.77/LB TO $.80/LB ($0.03/LB) | | 0 | LB | | |
| 41120 | 2180H; PINX462599; S-57181 | | 193,800 | LB | 0.0300 | 5,814.00 |

**********************************************************************************

*Thank you. We appreciate your business.*

| Total Amount Due | 5,814.00 |
|---|---|

*Remit To Address:*
Pinnacle Polymers
Attn.: Accounts Receivable
One Pinnacle Avenue
PO Drawer E
Garyville, LA 70051

*ACH*
BANK ABA: 065403626
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers

*WIRE*
BANK ABA: 062005690
BANK: Regions Bank
ACCOUNT NUMBER: 0073969133
ACCOUNT NAME: Pinnacle Polymers