# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PINNACLE POLYMERS LLC, | : |
| | : CIVIL ACTION NO. |
| Plaintiff, | : 2:18-cv-3548-CDJ |
| v. | : |
| | : |
| F&M TOOL AND PLASTICS, INC. | : JURY TRIAL DEMANDED |
| | : |
| Defendant. | : |

## STIPULATION PURSUANT TO
## FED. R. CIV. P.41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE

Whereas the parties have entered into an agreement to settle the above-captioned matter, it is hereby STIPULATED and AGREED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by the parties that the above-captioned matter is hereby voluntarily DISMISSED WITH PREJUDICE. Each party shall bear its own costs and fees. It is also respectfully requested that the Clerk of Court close this matter.

Dated: November 30, 2018

/s/ *Joseph R. Heffern*
Lance Rogers
Joseph R. Heffern
ROGER CASTOR
26 Athens Ave.
Ardmore, PA 19003
Telephone: (610) 649-1880

*Attorneys for Plaintiff, Pinnacle Polymers LLC*

>　　　*/S/ Robert Silver*
>　　　Robert Silver, Esq.
>　　　Caesar Rivise, PC
>　　　7 Penn Center, 12th Floor
>　　　1635 Market Street
>　　　Philadelphia, PA 19103-2212
>
>　　　*Attorney for Defendant, F& M Tool and Plastics, Inc.*

SO ORDERED:

*Dated:*_____　　_____
　　　　　　　　　　　　　　　　　　*HONORABLE C. DARNELL JONES, II*